**Jonathan C. HARBAUGH and Watson D. Harbaugh, Appellants, v. UNITED STATES of America, Appellee.**

**No. 9695.**

Circuit Court of Appeals, Sixth Circuit.
April 4, 1944.

J. Earl Pratt and Losh O. Harbaugh, both of Ironton, Ohio, for appellants.

Calvin Crawford, of Cincinnati, Ohio, and Eugene A. Mayl, of Dayton, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and arguments of counsel, and on consideration whereof it appears to the court that there is no prejudicial or reversible error on the record. It is therefore ordered and adjudged that the judgment appealed from entered on August 3, 1943, be and the same is in all things affirmed.

---

**Walter Junior HARDY, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10614.**

Circuit Court of Appeals, Ninth Circuit.
March 6, 1944.

Dellmore Lessard, of Portland, Or., for appellant.

Carl C. Donaugh, U. S. Atty., and James H. Hazlett, Asst. U. S. Atty., both of Portland, Or., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record and the files of this court from which it appears that the appellant has failed to deposit the estimated expense of printing the transcript of record as required by Rule 19 of the rules of this Court, it is ordered that the appeal herein be dismissed, for failure of appellant to comply with the provisions of Rule 19 of the rules of this court, that a judgment be filed and entered accordingly and the mandate of this court issued as provided by Rule 28.